



COURT EXHIBIT 1



People with an interest in 3D printing are unknowingly committing crimes by producing guns

CRIME

# Criminals exploit hobbyists who share tips on 3D-printed guns

Charlotte Wace

 

 freeman--1337

Today

 Would you sell a Glock lower I don't want to buy a 3d printer lol

lol, that's a felony

no, can't do it. But setting up an ender 3 is pretty easy and a printer is like $200 FWIW 









When the Feds track you down to your Appalachian cave home but you've been training a actual fucking wendigo in guerrilla warfare after feeding him chicken tenders and bang energy drinks for the past 6 months





 

## Is it illegal to tell a cop to kill themselves?

just wondering

 1     4    Share











