IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                                                  24-MJ-1204

PETER CELENTANO,

                Defendant.

---

## **PROTECTIVE ORDER**

As part of discovery in this action, the government is providing defense counsel with search warrant affidavits and documents related to the charge in the Complaint. The government has requested a protective order limiting the dissemination of this material on the grounds that the safety and identities of its witnesses and confidential sources may be compromised.

**NOW**, it is hereby

**ORDERED**, that search warrant affidavits and related documents provided by the government that may include witness and confidential source statements, and acts related to the charge in the Complaint (collectively referred to as "the Information") shall be used only by defendant's counsel for the defendant and the defendant solely in connection with pretrial, trial or other proceedings in this action (including any appeals), shall not be disclosed to the

public, and shall not be disclosed to third parties by counsel or defendant except as necessary in connection with pretrial proceedings, trial preparation or other proceedings in this action; and it is further

**ORDERED**, that copies of the Information set forth in the above shall not be provided to third parties except those persons or entities employed or engaged for the purpose of assisting in the defense of this action; and it is further

**ORDERED**, that copies of the Information set forth above shall not be provided to the defendant absent further order of the Court, but nothing in this order shall preclude defense counsel from reviewing the Information with defendant; and it is further

**ORDERED**, that if counsel provides defendant with access to the Information, counsel shall take reasonable steps to ensure that defendant does not have access to a cellular telephone or any other photographic or video- or audio-recording equipment during such review, and shall not knowingly allow defendant to make any recordings of the material; and it is further

**ORDERED**, that the unauthorized copying, dissemination, and/or posting of copies, or the contents, of the Information on the internet or through any form of social media shall constitute a violation of the terms of this order; and it is further

**ORDERED**, that nothing in this order shall preclude counsel or defendant from disclosing the Information during the course of the litigation of this action in pretrial proceedings, in memoranda filed, at trial, or in post-trial proceedings; and it is further

**ORDERED**, that counsel or defendant may apply to the Court for an order specifically permitting public disclosure of the Information; and it is further

**ORDERED**, that at the conclusion of the litigation of this action, including any direct appeal, counsel and defendant shall return all copies of the Information to the government immediately upon request of the government.

**ORDERED**, that counsel for defendant shall not photocopy or otherwise duplicate or disseminate to defendant or third parties, except as necessary in connection with court proceedings in this action, any of the materials provided by the government pursuant to this Order; and it is further

**ORDERED**, that nothing in this Order shall preclude or prejudice defendant's right to file pre-hearing motions seeking disclosure of Information and materials relating to the confidential sources or to modify this stipulated Protective Order by motion to the Court.

DATED: Buffalo, New York, October 29, 2024.

_____
HONORABLE JEREMIAH J. MCCARTHY
United States Magistrate Judge

4